# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **REGIONS BANK,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § | CIVIL ACTION NO. 6:16-mc-00012-RC |
| **TEXAS TRUST CREDIT UNION,** | § § § | |
| *Defendant.* | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) Plaintiff Regions Bank ("Plaintiff") and Defendant Texas Trust Credit Union ("Defendant") file this Joint Stipulation of Dismissal with Prejudice and state the following:

On February 23, 2016, Plaintiff filed its Application for Post-Judgment Writ of Garnishment Against Prosperity Bank.

On June 27, 2016, Defendant filed an answer denying that Merry House Hurley had any monies on deposit with Defendant as of the date of its answer.

One August 31, 2016, Plaintiff and Defendant settled all claims and/or causes of action made by the Plaintiff. There are no longer any issues in controversy relating to the claims and/or causes of action made by the Plaintiff. Therefore, Plaintiff and Defendant ask that the Court to dismiss all causes of action asserted by Plaintiff against Defendant with prejudice to the re-filing of same.

Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**

By: s/ Kate Gaither
    Kenneth C. Johnston
    Texas Bar No. 00792608
    kjohnston@krcl.com

    Catherine E. (Kate) Gaither
    Texas Bar No. 24059793
    kgaither@krcl.com

3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
(214) 777-4200 (telephone)
(214) 777-4299 (facsimile)

**ATTORNEYS FOR PLAINTIFF,
REGIONS BANK**

-and-

**BLALACK & WILLIAMS, P.C.**

By: s/ Sharon H. Sjostrom
    Sharon H. Sjostrom
    Texas Bar No. 09836700
    ssjostrom@blalack.com

4851 LBJ Freeway, Suite 750
Dallas, Texas 75244
(214) 630-1916 (telephone)
(214) 630-1112 (facsimile)

**ATTORNEYS FOR DEFENDANT,
TEXAS TRUST CREDIT UNION**

# CERTIFICATE OF SERVICE

I hereby certify on this 16th day of December, 2016, that a true and correct of the foregoing was served on the following via email:

***Via e-service to* ssjostrom@blalack.com**
Sharon H. Sjostrom
Blalack & Williams, P.C.
4851 LBJ Freeway, Suite 750
Dallas, Texas 75244

***Via First Class, U.S. Mail***
Merry House Hurley
Executrix of the Estate of Joe House
12159 FM 1803
Murchinson, Texas 75778

s/ Kate Gaither
Catherine E. (Kate) Gaither